57 F.3d 1074
NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
 Barbara SIMS, Appellant,
v.
Debra HILL; Curtis Hill; Defendants,
H.E. Raines, as Mayor of City of Stuttgart, Arkansas;
Aubrey Roswell, as Chief of Police of City of City of
Stuttgart, Arkansas; Howard Borchert, as Aldermen of the
Board of Aldermen of City of Stuttgart, Arkansas; Charles
Carnahan, as Aldermen of the Board of Aldermen of City of
Stuttgart, Arkansas; Carl Gunther, as Aldermen of the Board
of Aldermen of City of Stuttgart, Arkansas; Virginia Holt,
as Aldermen of the Board of Aldermen of City of Stuttgart,
Arkansas; Harry Richenbach, as Aldermen of the Board of
Aldermen of City of Stuttgart, Arkansas; Hurschel Noel, as
Aldermen of the Board of Aldermen of City of Stuttgart,
Arkansas; G. Gregory Niblock, as Deputy City Attorney of
City of Stuttgart, Arkansas, Appellees.
 No. 94-2735
 United States Court of Appeals,
Eighth Circuit.
 Submitted: June 15, 1995
Filed: June 20, 1995
 
 Before FAGG, MAGILL, and BEAM, Circuit Judges.
 PER CURIAM.
 
 
 1
 Barbara Sims filed a 42 U.S.C. Sec. 1983 action claiming that various municipal defendants violated her constitutional rights when they failed to protect her after she had reported numerous incidents of harassment and violence toward her by her neighbors. The district court[1] granted summary judgment to defendants, and Sims appeals.
 
 
 2
 Upon de novo review, see Weissman v. Congregation Shaare Emeth, 38 F.3d 1038, 1041 (8th Cir. 1994), we agree with the district court that Sims's claim is barred by DeShaney v. Winnebago County Dep't of Social Servs., 489 U.S. 189, 195, 197, 199-200 (1989) (due process imposes no duty to protect citizen from private violence except when state has taken person into custody). Contrary to Sims's argument on appeal, we conclude she did not show that defendants affirmatively placed her "in a position of danger [she] would not otherwise have faced." Gregory v. City of Rogers, 974 F.2d 1006, 1010 (8th Cir. 1992) (en banc), cert. denied, 113 S. Ct. 1265 (1993).
 
 
 3
 Accordingly, the judgment is affirmed.
 
 
 
 [1]
 The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas